UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VANESSA HARDING-BEY,**

    **Plaintiff,**

**v.**                                                                         Case No. 6:20-cv-1110-ACC-LRH

**PATHWAYS THERAPY SERVICES, LLC, JASON COMISKEY, and DENISE COMISKEY,**

    **Defendants.**

## ORDER

This cause is before the Court on Plaintiff's Amended Motion for Default Judgment (Doc. 23) filed on January 8, 2021.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED and the Complaint be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 20, 2021 (Doc. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Amended Motion for Default Judgment (Doc. 23) is hereby **DENIED** and Plaintiff's Complaint is **DISMISSED without prejudice**.

3. Plaintiff is granted leave to file an amended complaint by **May 24, 2021**. On or before **June 24, 2021**, Plaintiff shall file proof of service of the amended complaint. **Failure to timely file and serve an amended complaint will result in dismissal of the case without prejudice and without further notice**.

**DONE** and **ORDERED** in Orlando, Florida on May 11, 2021.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties