**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VANESSA HARDING-BEY,

    Plaintiff,

v.     Case No. 6:20-cv-1110-ACC-LRH

PATHWAYS THERAPY SERVICES, LLC, JASON COMISKEY and DENISE COMISKEY,

    Defendants.

| UNITED STATES MAGISTRATE JUDGE: | Daniel C. Irick | COURTROOM: | 5C |
|---|---|---|---|
| DEPUTY CLERK: | N. Rodriguez | COUNSEL FOR PLAINTIFF: | Joseph C. Wood |
| AUDIO RECORDING: | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov | COUNSEL FOR DEFENDANT: | Jason Comiskey Denise Comiskey |
| DATE/TIME: TOTAL TIME: | December 7, 2021 10:05AM-12:37PM 2 HRS 32 MINUTES | | |

**CLERK'S MINUTES**
**SETTLEMENT CONFERENCE**

Case called, appearances made, procedural setting by the Court.
Plaintiff Vanessa Harding-Bey present, Defendants Jason Comiskey and Denise Comiskey present.
Settlement Conference continues off record (10:08AM).
Court back in session (12:32PM)
Parties reach SETTLEMENT.
Court makes findings re FLSA settlement approval and finds the agreement to be fair and reasonable.
Parties make joint ore tenus motion for approval of Settlement Agreement and consent to Magistrate Judge Irick deciding the motion.
Court places terms of Settlement on the record.
Court Recommends that the District Judge accept the agreement as fair and reasonable, if necessary.
Court adjourned.